JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REED, JR., <br><br> Plaintiff(s), <br><br> vs. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, et al, <br><br> Defendant(s). | Case No. 2:24-cv-00362-RGK-Ex <br><br> **ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** |

On April 26, 2024, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [15] ("OSC"), which ordered plaintiff to file timely proof of service of the summons and complaint on defendant Federal Deposit Insurance Corporation, as Receiver For First Republic Bank. On May 3, 2024, plaintiff filed a response[16] to the OSC. The Court finds no good cause for the delay in service and orders the case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: 5/7/2024

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE